## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

PATRICK DOYLE, individually and as a
Member of Bioremedi Therapeutic Systems,
LLC, a New Mexico Limited Liability
Company; BIOREMEDI THERAPEUTIC
SYSTEMS, INC., a New York Corporation

              Plaintiff,

     v.                                 Case No. 1:16-cv-00478

DAVID MELONE, an individual; JANE
MELONE, an individual; BIOREMEDI
THERAPEUTIC SYSTEMS, LLC, A New
Mexico Limited Liability Company; LIGHT
EMITTING DESIGNS, INC., A New Mexico
Corporation; IN LIGHT WELLNESS
SYSTEMS, INC., A New Mexico Corporation;
And Does 1 through 100.

              Defendants.

## **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

     IT IS STIPULATED, among all parties acting through their counsel, that the above-entitled action be dismissed with prejudice and with each party to bear their own costs and attorneys' fees.

     IT IS SO ORDERED.

                                                          _____
                                                           UNITED STATES DISTRICT JUDGE

AGREED TO AND SUBMITTED BY:

SUTIN, THAYER & BROWNE
A Professional Corporation

By: _/s/ submitted electronically_
    Jacqueline N. Ortiz
    Post Office Box 1945
    Albuquerque, New Mexico  87103-1945
    Telephone:  (505) 883-2500
    Facsimile:  (505) 888-6565
    E-mail:  jno@sutinfirm.com

and

WILLIAMS & DALEY LLC

By: _/s/ Daniel D. Williams_____
    Daniel D. Williams
    1426 Pearl Street, Suite 207
    Boulder, Colorado 80302
*Attorneys for Defendants*

STIPULATED TO BY:

GUNDERSON LAW FIRM

By: _/s/ Mark H. Gunderson_____
    Mark H. Gunderson, Esq.
    John R. Funk, Esq.
    3895 Warren Way
    Reno, Nevada 89509
    mgunderson@gundersonlaw.com
    jfunk@gundersonlaw.com
*Attorneys for Plaintiffs*